UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No. 08-227 (JDB)
)
TIMOTHY PFEIL )
)

WAIVER OF INDICTMENT

**FILED**

AUG 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, **TIMOTHY PFEIL**, the above-name defendant, who is accused of

**Antitrust Violations
15 USC 1**

being advised of the nature of the charge(s), the proposed information, and of my rights,

hereby waive in open court on   August 29, 2008   prosecution by indictment

and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____   Date: _____
Judge John D. Bates