IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 08-cr-227-JDB |
| ) | |
| v. ) | **FILED** |
| ) | AUG 2 9 2008 |
| TIMOTHY PFEIL, ) | |
| ) | NANCY MAYER WHITTINGTON, CLERK |
| Defendant. ) | U.S. DISTRICT COURT |

ORDER

1. Upon representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is this 29th day of August 2008 ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on TO BE DETERMINED by FBI SA Andrew Sekela to the Central Block of the Metropolitan Police Department, to the United States Marshal's Office and to the Washington Field Office of the FBI for "routine processing" and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of FBI SA Andrew Sekela for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Dated: Aug 29, 2008.

Hon. John D. Bates
United States District Judge